## A99A0170. SYMS v. WEST.
### (507 SE2d 530)

McMURRAY, Presiding Judge.

Leroy Syms, a prison inmate, filed this pro se tort action against Phillip R. West, a superior court judge, to recover court costs Syms was required to pay in another proceeding. On July 27, 1998, the action was dismissed because Syms failed to file a mandatory ante litem notice and because of Judge West's judicial immunity. Syms filed this direct appeal. *Held:*

Under OCGA § 42-12-8, the discretionary appeal procedures are required in civil actions filed by inmates. *Jones v. Townsend,* 267 Ga. 489 (480 SE2d 24). Because of Syms' failure to comply with those requisite discretionary procedures, this appeal must be dismissed for lack of jurisdiction.

*Appeal dismissed. Andrews, C. J., and Ruffin, J., concur.*

DECIDED OCTOBER 8, 1998 — 

*Leroy Syms, pro se.*

---

*Thurbert E. Baker, Attorney General, John C. Jones, Senior Assistant Attorney General*, for appellee.